FILED

09/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0161

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0161

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERTO SALAMAN-GARCIA,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's late-filed motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 15, 2020, within which to prepare, serve, and file its response brief.

**CMF**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 15 2020